# Exhibit A

**Remit Payment To:**
All American Title Co., Inc.
7365 Kirkwood Court North, Suite 325
Maple Grove, MN  55369



**Billed To:**
Glenn Simonds

| | |
|---|---|
| **Invoice No.:** | |
| **Invoice Date:** | June 15, 2018 |
| **Please Pay Before:** | July 15, 2018 |
| **Our File Number:** | 061872638 |
| **Your Reference Number:** | |

**Property:**
8117 Aster Drive North
Brooklyn Park, MN 55428
Hennepin County

**Brief Legal:** Lot 4, Block 11, Garden Acres Second Addition, Hennepin County, Minnesota

| DESCRIPTION | AMOUNT |
|---|---|
| O&E Report | 85.00 |
| **Invoice Total Amount Due** | **$ 85.00** |

(061872638.PFD/061872638/9)

ALL AMERICAN TITLE CO., INC.

File Number: 061872638

## Owner and Encumbrances Report

1. Effective date of this Report:    06/01/18 at 08:00 AM

2. Prepared for:
   Glenn Simonds

3. Fee simple interest in the land described in this Report is owned, at the effective date hereof, by:
   Glenn W. Simonds and Jennifer A. Olson, as joint tenants

   Note: Fee owner(s) took title 4-23-99, filed 7-12-99 as evidenced by Warranty Deed recorded as Document No. 7143869.

4. The land referred to in this Report is described as follows:

   **SEE SCHEDULE C ATTACHED HERETO**

5. Property Type:    ABSTRACT

6. County:    Hennepin

7. Property Address:    8117 Aster Drive North, Brooklyn Park, MN 55428

8. Outstanding liens, mortgages, judgments and tax liens of record as of the effective date of this Report:
   NOTE: Name searches have been made only on the apparent record owner(s).

   1. Mortgage:

      Dated: 11-16-05  Filed: 12-22-05  Document No. 8716764
      Executed by: Glenn W. Simonds and Jennifer A. Simonds aka Jennifer A. Olson, husband and wife
      To: MERS, Inc. as nominee for FMF Capital LLC
      Original Amount: $45,000.00

   2. The above mortgage was subordinated to Mortgage Document No. 9111486, by Subordination Agreement dated 2-20-08, filed 3-21-08 as Document No. 9111487.

   3. Mortgage:

      Dated: 2-22-08  Filed: 3-21-08  Document No. 9111486
      Executed by: Glenn W. Simonds and Jennifer A. Simonds, husband and wife
      To: MERS, Inc. as nominee for Bell America Mortgage LLC dba Bell Mortgage
      Original Amount: $189,500.00

   4. The above mortgage was assigned to JPMorgan Chase Bank, National Association in Assignment of Mortgage dated 2-28-12, filed 3-14-12 as Document No. 9763135.

   5. Judgment:
      Brian Bilski
      VS.
      Jennifer Olson
      Dated: 12-16-09
      Docketed: 2-17-10

ALL AMERICAN TITLE CO., INC.

**Owner and Encumbrances Report**
(CONTINUED)

File Number 061872638

    Case No.: 27-CV-10-2463
    Amount: $2,625.00
    Current Balance: $172.88

6.    Judgment:
    National Account Services Inc.
    VS.
    Jennifer Ann Olson
    Dated: 3-5-12
    Docketed: 5-3-12
    Case No.: 27-CV-12-8955
    Amount: $2,606.03

ALL AMERICAN TITLE CO., INC.

**Owner and Encumbrances Report**
(CONTINUED)

File Number 061872638

9. The current year property taxes are as follows:

1. General and special taxes and assessments as hereafter listed, if any (all amounts shown being exclusive of interest, penalties and costs):

   (A) Real estate taxes payable in 2018 are $3,220.42 and are half paid.
   Base Tax $2,311.19  NOTE:  Please CALL county to Verify Tax amount.
   Property is Homestead
   PID#  31-119-21-14-0070
   Note: There are no delinquent taxes now of record for prior years.
   Note: 1st half taxes are payable on or before May 15th;  2nd half taxes are payable on or before October 15th.

2. Special assessments, if any.

This Owners and Encumbrances report is for informational purposes only and is based upon a search of the public records by All American Title Co., Inc.. It does not represent a detailed examination of each instrument shown and it is not an opinion as to the title to the within described premises. This report does not constitute an examination of abstract, certificate of title, a recorded document guarantee, nor a commitment to issue title insurance. This property report is not a search of prior ownership or uses in connection with any defenses under CERCLA. All American Title Co., Inc. shall not be responsible or liable for any claims, demands, injuries, damage actions or causes of action caused by inaccuracies contained herein arising from any acts of negligence by its servants, agents, or employees, and, in any event, any liability herein shall not exceed the cost of this report.

All American Title Co., Inc.

By: _____TMcKenzie_____

ALL AMERICAN TITLE CO., INC.

File Number: 061872638

## Schedule C
## Property Description

The land referred to in this Report is described as follows:

Lot 4, Block 11, Garden Acres Second Addition, Hennepin County, Minnesota.

ABSTRACT