# Exhibit C



File No. 184014

# APPRAISAL OF



### LOCATED AT:

8117 Aster Drive
Brooklyn Park, MN  55428

### CLIENT:

Glenn Simonds
8117 Aster Drive
Brooklyn Park, MN, 55428

### AS OF:

August 14, 2018

### BY:

Dean P. Loosbrock

20250 CARSON ROAD, DEEPHAVEN, MN  55331



File No 184014

August 14, 2018

Glenn Simonds
8117 Aster Drive
Brooklyn Park, MN, 55428

File Number: 184014

In accordance with your request, I have appraised the real property at:

8117 Aster Drive
Brooklyn Park, MN  55428

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of   August 14, 2018                    is:

$161,000
One Hundred Sixty-One Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

Dean P. Loosbrock

20250 CARSON ROAD, DEEPHAVEN, MN  55331

PINNACLE APPRAISALS WEST, INC.

## Restricted Appraisal Report

File No. 184014

<table>
<tr><td colspan="6">This report is limited to the sole and exclusive use of the client. The rationale for how the appraiser arrived at the opinions and conclusions set forth in this report may not be understood properly without additional information in the appraiser's workfile. The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.</td></tr>
<tr><td>Client</td><td colspan="2">Glenn Simonds</td><td>E-mail</td><td colspan="2">GlenSimonds@comcast.net</td></tr>
<tr><td>Client Address</td><td colspan="2">8117 Aster Drive</td><td>City Brooklyn Park</td><td>State MN</td><td>Zip 55428</td></tr>
<tr><td colspan="6">Intended Use  Legal Purposes</td></tr>
</table>

### SUBJECT

| | | | | | |
|---|---|---|---|---|---|
| Property Address | 8117 Aster Drive | | City Brooklyn Park | State MN | Zip 55428 |
| Other Description (APN, Legal, etc.), if applicable | Lot 4 Block 11 Garden Acres 2nd Addn. (PID#3111921140070) | | | | |
| Property Rights Appraised | [X] Fee Simple  [ ] Leasehold  [ ] Other (describe) | | | | |
| Subject property existing use: | Single Family Residential | | Use reflected in appraisal: | Single Family Residential | |
| Highest and Best Use: | [X] Existing  [ ] Other: The highest and best use is as a single family home site based on the use of similar surrounding properties in the subject's marketplace. | | | | |

### SALES HISTORY

My research [ ] did  [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer:   Date   Price   Source(s) NStarMLS/County
Analysis of prior sale transfer history of the subject property (and comparable sales, if applicable)   None

Offerings, options and contracts as of the effective date of the appraisal   None

Marketability Comments:  See Attached Addendum

### COMMENTS

Site Comments: The subject site is a typical size lot for the neighborhood (103 x 132.5). There is a partially fenced rear yard with two small storage sheds. There is a large stained concrete patio along the rear of the home.

Improvement Comments:  See Attached Addendum

### SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 8117 Aster Drive Brooklyn Park, MN 55428 | 6601 Quebec Avenue N. Brooklyn Park, MN 55428 | | 6272 Louisiana Avenue N. Brooklyn Park, MN 55428 | | 7911 59th Avenue N. New Hope, MN 55428 | |
| Proximity to Subject | | 0.34 miles NE | | 0.77 miles SE | | 0.89 miles SE | |
| Sale Price | $ | $ 186,250 | | $ 180,000 | | $ 167,500 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 156.51 sq. ft. | | $ 177.87 sq. ft. | | $ 169.53 sq. ft. | |
| Data Source(s) | | NStarMLS#4965629; 11 Days | | NStarMLS#4901003; 4 Days | | NStarMLS#4970742; 29 Days | |
| Verification Source(s) | | Realist/County | | Realist/County | | Realist/County | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Arms Length Conv;$3000 | 0 -3,000 | Arms Length Cash;0 | 0 0 | Arms Length Cash;0 | 0 0 |
| Date of Sale/Time | | s07/18;c06/18 | +2,500 | s03/18;c01/18 | +9,000 | s07/18;c07/18 | +1,000 |
| Location | Suburban/Avg | Suburban/Avg | 0 | Suburban/Avg | 0 | Suburban/Avg | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0 | Fee Simple | 0 | Fee Simple | 0 |
| Site | 13647 sf | 16117 sf | -1,000 | 13504 sf | 0 | 10125 sf | +1,000 |
| View | Res/Avg. | Res/Avg. | 0 | Res,Apt./Avg- | +3,000 | GolfCrs,Res/AG | -3,000 |
| Design (Style) | Rambler/Avg. | Rambler/Avg. | 0 | Rambler/Avg. | 0 | Rambler/Avg. | 0 |
| Quality of Construction | Average | Average | 0 | Average | 0 | Average | 0 |
| Actual Age | 1957 | 1951 | 0 | 1963 | 0 | 1956 | 0 |
| Condition | Fair-Avg. | Avg. Cond. | -18,500 | Avg. Cond. | -18,000 | Fair-Avg. | 0 |
| Above Grade Room Count | Total 6 Bdrms 3 Baths 1 | Total 7 Bdrms 3 Baths 1 | 0 0 | Total 6 Bdrms 3 Baths 1 | 0 0 | Total 4 Bdrms 2 Baths 1 | 0 0 |
| Gross Living Area 25.00 | 1,095 sq. ft. | 1,190 sq. ft. | -2,000 | 1,012 sq. ft. | +2,000 | 988 sq. ft. | +3,000 |
| Basement & Finished Rooms Below Grade | 1095 sf 140Fin/1rm0br0ba | 1082 sf Unfinished | 0 +2,000 | 1012 sf 810Fn/3rm0br.5ba | 0 -11,000 | 988 sf W/O 692Fn/3rm1br1ba | -1,000 -12,000 |
| Functional Utility | Average | Average | 0 | Average | 0 | Average | 0 |
| Heating/Cooling | GFA/CA | GFA/CA | 0 | GFA/CA | 0 | GFA/CA | 0 |
| Energy Efficient Items | None | None | 0 | None | 0 | None | 0 |
| Garage/Carport | 2 Car Att. Gar. | 2 Car Det. Gar. | 0 | 2 Car Det. Gar. | 0 | 1 Car Att. Gar. | +4,000 |
| Porch/Patio/Deck | Patio | Open Porch,Pt. | -3,000 | Deck/Pergola | -2,000 | Deck | -1,000 |
| | 1 FP | 1 FP | 0 | 0 FP | +1,500 | 2 FP | -1,000 |
| | Partial Fen,Shed | Full Fence,Shed | -1,000 | Full Fence,Shed | -1,000 | None | +2,000 |
| | None | None | 0 | None | 0 | None | 0 |
| Net Adjustment (Total) | | [ ]+ [X]-  $ | 24,000 | [ ]+ [X]-  $ | 16,500 | [ ]+ [X]-  $ | 7,000 |
| Adjusted Sale Price of Comparables | | Net Adj. -12.9% Gross Adj. 17.7% $ | 162,250 | Net Adj. -9.2% Gross Adj. 26.4% $ | 163,500 | Net Adj. -4.2% Gross Adj. 17.3% $ | 160,500 |

Summary of Sales Comparison Approach   See Attached Addendum



PINNACLE APPRAISALS WEST, INC.
Restricted Appraisal Report    File No. 184014

## RECONCILIATION

Methods and techniques employed: [X] Sales Comparison Approach  [ ] Cost Approach  [ ] Income Approach  [ ] Other:
Discussion of methods and techniques employed, including reason for excluding an approach to value: The sales comparison best reflects the actions of the typical buyer. The cost approach was considered but was deemed unreliable due to the subject's age. The income approach was considered but not used due to limited market data for single family homes.

Reconciliation comments: See Attached Addendum - Comments on Sales Comparison and Reconciliation.

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report as of 08/14/2018, which is the effective date of this appraisal, is:
[X] Single point $ 161,000    [ ] Range $ N/A   to $ N/A    [ ] Greater than  [ ] Less than  $ N/A
This appraisal is made  [X] "as is,"  [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,
[ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed  [ ] subject to the following:
See Attached Addendum

## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:
1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.
4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.
6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.
9. Unless noted, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

Additional Certifications:

Type of Value:  [X] Market Value  [ ] Other Value:
Source of Definition: USPAP
Definition of Value: Market value is the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus.

### APPRAISER

Signature: 
Name: Dean P. Loosbrock
Company Name: Pinnacle Appraisals West, Inc.
Company Address: 20250 Carson Road
Deephaven, MN 55331
Telephone Number: 952-237-3818
Email Address: Dean@DeanLoosbrock.com
State Certification # 4000693
or License #
or Other (describe):            State #:
State: MN
Expiration Date of Certification or License: 08/31/2019
Date of Signature and Report: 08/16/2018
Date of Property Viewing: 08/14/2018
Degree of property viewing:
[X] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view

### CO-APPRAISER

Signature:
Name:
Company Name:
Company Address:

Telephone Number:
Email Address:
State Certification #
or License #
State:
Expiration Date of Certification or License:
Date of Signature:
Date of Property Viewing:
Degree of property viewing:
[ ] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view

Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 3
Pinnacle Appraisals, Inc.
This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 01/2014
GPARRES2_14 07212016
gpar™ general purpose appraisal report

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client and to the intended use of the report. This report was prepared for the sole and exclusive use of the client for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not a home inspection or environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar "expert", unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is not consistent with the definition of Market Value for property insurance coverage/use unless otherwise stated by the appraiser.

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions
Scope of Work

Upon receiving this assignment, I identified the real property being appraised and collected property-specific data available through public records, various data services and or MLS database when available. I then completed an interior inspection of the subject, noting the condition, quality, utility, amenities and architectural style. Zoning data was obtained from public records, office files, and or city/county planning offices. The collected data was then used to develop a profile of the subject and to perform a search of the market for the most similar closed comparable sales, pending and active listings. The sales were confirmed and verified from public records, various data services and MLS, and when necessary with an agent or the owner. The sales data was then analyzed and a value conclusion derived.



ADDENDUM

| | |
|---|---|
| Client: Glenn Simonds | File No.: 184014 |
| Property Address: 8117 Aster Drive | Case No.: |
| City: Brooklyn Park | State: MN    Zip: 55428 |

### Neighborhood Market Conditions
Brooklyn Park is a large suburban community 15 minutes northwest of Minneapolis. The subject lies within a development of average quality single family homes built primarily in the 1950's to 1960's. The subject lies within the Osseo School District. Park Brook Elementary School is 1.5 mile northeast of the subject. 63rd Avenue is 4 blocks south of the subject and offers easy access to support facilities, schools, public transportation, employment centers, and major highways.

There is a currently a shortage of homes on the market in the subject's defined neighborhood. This has resulted in shorter marketing times, multiple offers of properties, and increasing property values. The median sales price for previously owned traditional seller single family homes has increased 8.7% over the past year in the subject's zip code per MLS statistics (see attached chart).

### Quality and Condition of Property
The subject is a 1957 built three bedroom, one bath rambler. The home was purchased last in April 1999 for $118,000. There have been no improvements since that time other than a new furnace and central air unit. The interior has mainly original features and finishing throughout. The interior is very dated and had numerous areas of deferred maintenance including: very worn and spotted carpet and vinyl flooring; peeling paint on exterior trim; water leakage issues in basement which has resulted in mold on walls and flooring. The basement has a finished den, a non-functional bath, and an unfinished rec room with fireplace. There is a two car attached garage with exterior access only. The home is in fair to average condition.

### Comments on Sales Comparison
The subject was compared to three similar vintage ramblers in the subject's immediate area.

Comp #1 was chosen for its similar location and recent sales date. It is on a larger superior site. This home is a similar vintage rambler but has had much better up keep and less deferred maintenance. It was adjusted 10% for superior condition.

Comp #2 is on a similar size lot but has inferior views of apartment buildings and multi family properties. This home has new vinyl siding and windows. It was adjusted 10% for superior condition.

Comp #3 was chosen for its similar overall condition. It is in a competing location in nearby New Hope. It is on a smaller site but has superior views of an adjacent public golf course.

All comps were adjusted $25 per square foot for above grade square footage and $12.5 per square foot for finished below grade square footage and $5 per square foot for basement foundation size, as well as $5000 per full bath, $3000 per half bath, and $2000 for a walkout basement.

All comps were adjusted for time to reflect increasing property values in the subject's marketplace (see attached median sales price chart). This was based on a 8.7% increase per year calculated from the contract (off market) date and rounded to the nearest $500.

Comps #1 (similar location & recent sale) and #3 (similar condition & recent sale) are the most meaningful comparables and were given the most weight in determining the subject's appraised value.

### Conditions of Appraisal
The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for legal purposes, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

I have performed no other services, as an appraiser or in any other capacity, regarding the property that is the subject of the work under review within the three-year period immediately preceding acceptance of this assignment.

A reasonable exposure time for the subject property is 30-90 days.

SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: Glenn Simonds | File No.: 184014 |
| Property Address: 8117 Aster Drive | Case No.: |
| City: Brooklyn Park | State: MN    Zip: 55428 |



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date: August 14, 2018
Appraised Value: $ 161,000



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE**



PINNACLE
APPRAISALS WEST INC

COMPARABLE PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Client: Glenn Simonds | | File No.: 184014 |
| Property Address: 8117 Aster Drive | | Case No.: |
| City: Brooklyn Park | State: MN | Zip: 55428 |



**COMPARABLE SALE #1**

6601 Quebec Avenue N.
Brooklyn Park, MN 55428
Sale Date: s07/18;c06/18
Sale Price: $ 186,250



**COMPARABLE SALE #2**

6272 Louisiana Avenue N.
Brooklyn Park, MN 55428
Sale Date: s03/18;c01/18
Sale Price: $ 180,000



**COMPARABLE SALE #3**

7911 59th Avenue N.
New Hope, MN 55428
Sale Date: s07/18;c07/18
Sale Price: $ 167,500



PINNACLE
APPRAISALS WEST INC

SUBJECT PHOTO ADDENDUM

| | |
|---|---|
| Client: Glenn Simonds | File No.: 184014 |
| Property Address: 8117 Aster Drive | Case No.: |
| City: Brooklyn Park | State: MN    Zip: 55428 |


REAR YARD


FRONT


STREET VIEW TO EAST


LIVING ROOM


DINING ROOM


KITCHEN

Produced using ACI software, 800.234.8727 www.aciweb.com

PHT6

SUBJECT PHOTO ADDENDUM

| | | |
|---|---|---|
| Client: Glenn Simonds | | File No.: 184014 |
| Property Address: 8117 Aster Drive | | Case No.: |
| City: Brooklyn Park | State: MN | Zip: 55428 |



MAIN BATH



BEDROOM #1



BEDROOM #2



BEDROOM #3



LOWER FIREPLACE IN UNFINISHED FAMILY ROOM



MOULD AND WATER DAMAGE IN BASEMENT

SUBJECT PHOTO ADDENDUM

| | |
|---|---|
| Client: Glenn Simonds | File No.: 184014 |
| Property Address: 8117 Aster Drive | Case No.: |
| City: Brooklyn Park | State: MN Zip: 55428 |


LOWER UNFINISHED FAMILY ROOM


LOWER NON-FUNCTIONAL BATH WITH WATER DAMAGE


LOWER LAUNDRY WATER DAMAGE AND MOULD


LOWER FINISHED DEN


PEELING PAINT ON EXTERIOR TRIM


PEELING PAINT ON EXTERIOR TRIM

FLOORPLAN SKETCH

| Client: | Glenn Simonds | File No.: | 184014 |
|---|---|---|---|
| Property Address: | 8117 Aster Drive | Case No.: | |
| City: Brooklyn Park | | State: MN | Zip: 55428 |



Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1095.3 | 1095.3 |
| GAR | Garage | 564.8 | 564.8 |
| | | | |
| Net LIVABLE Area | | (rounded) | 1095 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 42.0 x 19.5 | | 819.0 |
| 44.5 x 4.5 | | 200.3 |
| 2.0 x 38.0 | | 76.0 |
| 3 Items | (rounded) | 1095 |



20250 CARSON ROAD, DEEPHAVEN, MN  55331

LOCATION MAP

| Client: Glenn Simonds | File No.: 184014 |
|---|---|
| Property Address: 8117 Aster Drive | Case No.: |
| City: Brooklyn Park | State: MN   Zip: 55428 |



20250 CARSON ROAD, DEEPHAVEN, MN  55331



MEDIAN SALES PRICE CHART FOR SUBJECT'S ZIP CODE (55428)

| Client: Glenn Simonds | | File No.: 184014 |
|---|---|---|
| Property Address: 8117 Aster Drive | | Case No.: |
| City: Brooklyn Park | State: MN | Zip: 55428 |



20250 CARSON ROAD, DEEPHAVEN, MN  55331

LICENSE

| Client: Glenn Simonds | File No.: 184014 |
| --- | --- |
| Property Address: 8117 Aster Drive | Case No.: |
| City: Brooklyn Park | State: MN Zip: 55428 |

STATE OF MINNESOTA



DEAN P LOOSBROCK
20250 CARSON ROAD
DEEPHAVEN, MN 55331

Department of Commerce

The Undersigned COMMISSIONER OF COMMERCE for the State of Minnesota hereby certifies that

DEAN P LOOSBROCK

20250 CARSON ROAD
DEEPHAVEN, MN 55331

has complied with the laws of the State of Minnesota and is hereby licensed to transact the business of

Resident Appraiser : Certified Residential

License Number: 4000693

unless this authority is suspended, revoked, or otherwise legally terminated. This license shall be in effect until August 31, 2019.

IN TESTIMONY WHEREOF, I have hereunto set my hand this August 28, 2017.

COMMISSIONER OF COMMERCE
Minnesota Department of Commerce

Licensing Division
85 7th Place East, Suite 500
St. Paul, MN 55101-3165
Telephone: (651) 539-1599
Email: licensing.commerce@state.mn.us
Website: commerce.state.mn.us

Notes:
- Individual Licensees Only - Continuing Education: 15 hours is required in the first renewal period, which includes a 7 hour USPAP course. 30 hours is required for each subsequent renewal period, which includes a 7 hour USPAP course.
- Appraisers: You must hold a licensed Residential, Certified Residential, or Certified General qualification in order to perform appraisals for federally-related transactions. Trainees do not qualify. For further details, please visit our website at commerce.state.mn.us.



20250 CARSON ROAD, DEEPHAVEN, MN 55331

QUALIFICATIONS

| | | | |
|---|---|---|---|
| Client: Glenn Simonds | | File No.: 184014 | |
| Property Address: 8117 Aster Drive | | Case No.: | |
| City: Brooklyn Park | State: MN | | Zip: 55428 |

**Pinnacle Appraisals West, Inc.**
**Dean P. Loosbrock**

20250 Carson Road
Deephaven, Minnesota 55331

Phone: (952) 237-3818
Email: dean@deanloosbrock.com

**QUALIFICATIONS:**

Certified Residential Real Property Appraiser, Minnesota License #4000693
FHA Approved Appraiser

**1996-Present**    Owner and President, Pinnacle Appraisals West, Inc.
Drawing on more than thirty years experience in the industry, emphasis is on providing both high quality appraisals and personal service to the client. Areas of expertise include Minneapolis as well as its western, northern and southern suburbs.

**1991-1996**    Chief Appraiser-Executive Homes Division, Forsythe Appraisals, Inc.
Appraisal delegation, appraisal reviewing, fee quoting, marketing, as well as researching and compiling information for executive home database.

**1988-1996**    Independent Fee Appraiser, Forsythe Appraisals, Inc.
Specialized in appraising complex executive level properties. Primary concentration in Minneapolis and western suburbs, including lakeshore properties, most notably Lake Minnetonka.

**1986-1988**    Appraiser Assistant, Forsythe Appraisals, Inc.
Assisted in the appraisal preparation of homes in similar areas and price range described above.

**EDUCATION:**

University of Minnesota (1983-1987), Major: Economics

**Career Related Courses:** Introduction to Appraising Real Property SREA 101; Applied Residential Property Valuation SREA 102; Professional Practice Seminar; Introduction to Appraisal Standards and Ethics; Housing Inspection I; Business Enterprise Valuation; FHA Appraisal Requirements and Procedures; Writing a Narrative Report; FHA Procedural Seminar HUD; USPAP Regulations; Business Planning for Appraisal Professionals; Appraisal 204R How to Perform FHA Appraisals Within HUD Guidelines; How to Perform FHA Appraisal Within New HUD Guidelines (11-2-99); Appraisal 201 Appraiser's Guide to Residential Construction (8-5-99); Appraisal 207 USPAP Standards & Ethics Update (1999, 2001, 2003, 2005, 2007, 2009); Back to the Basics (7-16-01); The Basics of Business (7-17-01); 3C's-Culture, Customs and Communications (6-16-03); 2003 Financing Update (6-16-03); Houses: From the Ground In (7-18-03) Houses: Toxic Mold Alert (8-19-03); Houses: From The Ground Up (8-4-03); Solving Those Tough Residential Appraisal Assignments (8-30-05); Robo Appraiser 2005 (8-04-05); How To Prepare the New URAR (6-22-2005); Breaking Ground Into New Home Inspections (8-23-2007); Advanced Residential Building Analysis (8-16-2007); Mold-Myth or Menace? (8-13-2007); Data Analysis in a Declining Market (8-11-2009); The Phraseology of Appraisal Report Writing (8-17-2009); How to Appraise Green Properties (8-25-2009); Form 1004MC and HVCC Code of Conduct (8-27-2009); 2010 Agency/Fair Housing: A Legal Update (6/29/10); Protect the People or Keep the Client: When Fraud Creeps In (2011); FHA Appraisals: The New Requirement (2011); Cover Your Fannie Mae: Know the Guidelines (2011); Understanding Purchase Contracts: Appraiser's Perspective (2011); 2012 Agency/Fair Housing: A Legal Update (2012); Required Module-Residential Leasing (2012); 2013 Appraisal Industry Update (2013); Upon Further Review (2013); Expand Your Business: Appraising Residential Income Property (2013); Introduction to Legal Descriptions (2013); Intro to the Uniform Appraisal Dataset (2015); The Nuts and Bolts of Green Building for Appraisers (2015); Relocation Appraisal and the ERC Form (2015); 2014-15 National USPAP Update (2015); The New FHA Handbook 4001.1 (2015); Essential Elements of Disclosures and Disclaimers (2015).



20250 CARSON ROAD, DEEPHAVEN, MN 55331



11332 86th Ave N - Maple Grove, MN 55369
Office - (763)255-2370 : Fax - (763)772-0506
E-Mail Address - Home.Value@Comcast.Net
Online Website - WWW.HVAI.COM

na
na

Re: Property: 8117 Aster Dr
Brooklyn Park, MN 55428
Borrower: na
File No.: 0014433

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

*Craig M. Wilker*

Craig Marvin Wilker
Certified Residential Real Property Appraiser
40185346