# Exhibit F



Doc No A9763135

Certified, filed and/or recorded on
3/14/12 12:00 PM
Office of the County Recorder
Hennepin County, Minnesota
Martin McCormick, Acting County Recorder
Mark V. Chapin, County Auditor and Treasurer

Deputy 52                                    Pkg ID 784145M

**Doc Name: Assignment of Mortgage**

Document Recording Fee                        $46.00

*Document Total*                              $46.00

This cover sheet is now a permanent part of the recorded document.

Reviewer ID: Tamar_Belcher_2018-06-25_10:48:17

Loan

## ASSIGNMENT OF MORTGAGE

-- --Contact JPMORGAN CHASE BANK, N.A. for this instrument 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR BELL AMERICA MORTGAGE, LLC, DBA BELL MORTGAGE, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, sell, assign, transfer and set over the described MORTGAGE with all interest secured thereby, all liens, and any rights due or to become due thereon to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).

Said MORTGAGE was dated 02/22/2008, by: GLENN W. SIMONDS AND JENNIFER A. SIMONDS, HUSBAND AND WIFE to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and filed for record on 03/21/2008 as Document # 9111486 (or Book n/a, Page n/a), in the office of the County recorder of HENNEPIN, Minnesota.
Dated on __02 / 28 / 2012__ (MM/DD/YYYY)
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR BELL AMERICA MORTGAGE, LLC, DBA BELL MORTGAGE, ITS SUCCESSORS AND ASSIGNS

By: _____
     Shashita Roy
     **VICE PRESIDENT**

STATE OF LOUISIANA    PARISH OF OUACHITA
The foregoing instrument was acknowledged before me on __02 / 28 / 2012__ (MM/DD/YYYY) by Shashita Roy as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR BELL AMERICA MORTGAGE, LLC, DBA BELL MORTGAGE, ITS SUCCESSORS AND ASSIGNS, who, being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

Prepared By/Return To:
E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

JPCAS          CHASE          MIN          MERS PHONE 1-888-679-MERS