# Exhibit J

Doc No **A10563582**

Certified, filed and/or recorded on
Jun 15, 2018 9:03 AM

Office of the County Recorder
Hennepin County, Minnesota
Martin McCormick, County Recorder
Mark Chapin, County Auditor and Treasurer

| | |
|---|---|
| Deputy 137 | Pkg ID 1700461E |
| Document Recording Fee | $46.00 |
| **Document Total** | $46.00 |

This cover sheet is now a permanent part of the recorded document.

SPS/SAR

## CORPORATE ASSIGNMENT OF MORTGAGE

TS Ref #: 0004190000039331
MN/HENNEPIN
MERS #: 100323791022428579 / MERS Phone #: (888) 679-6377

Assignment Prepared on: May 25, 2018

**Assignor:** MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR FMF CAPITAL LLC ITS SUCCESSORS AND ASSIGNS, at P.O. Box 2026, Flint, MI, 48501-2026

**Assignee:** WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS INDENTURE TRUSTEE, FOR THE CSMC 2017-1 TRUST, MORTGAGE-BACKED NOTES, SERIES 2017-1, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 11/16/2005, in the amount of $45,000.00, executed by GLENN W. SIMONDS AND JENNIFER A SIMONDS F/K/A JENNIFER A. OLSON, HUSBAND AND WIFE to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR FMF CAPITAL LLC, ITS SUCCESSORS AND ASSIGNS and Recorded: 12/22/2005, Document #: 8716764 in HENNEPIN County, State of Minnesota.

Property Address: 8117 ASTER DR NORTH, BROOKLYN PARK, MN, 55428

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")

On: JUN 05 2018
By: _[signature]_
Name: JOLENE M. WHITAKER
Title: ASSISTANT SECRETARY

State of UTAH
County of SALT LAKE

On JUN 05 2018, before me, LISA FISH, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Jolene M. Whitaker Assistant Secretary, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_[signature]_
LISA FISH
Notary Expires: JUL 13 2021 / #: 695961

LISA FISH
Notary Public State of Utah
My Commission Expires on:
July 13, 2021
Comm. Number: 695961

Document Prepared by: Bill Koch, Select Portfolio Servicing, Inc., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119 (800) 258-8602

~~When Recorded~~ When recorded return to:
~~LAKE CITY, UT, 8~~
MN/HENNEPIN   Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO. 65737
SPS #      SAR