# Exhibit L

Skip to Main Content   Logout   My Account   Search Menu   New Judgment Search   Refine Search   Back

Location : Hennepin - Case Search   Help

# JUDGMENT
### CASE NO. 27-CV-10-2463

**Brian Bilski vs Jennifer Olson**

§
§
§
§
§

Case Type:   **Transcript Judgment**

Location:   **- Hennepin Civil**

---

**JUDGMENT DETAILS**

**Debtor(s)**   Olson, Jennifer
Mpls, MN 55418

**Creditor(s)**   Bilski, Brian

| | | | |
|---|---|---|---|
| **Entered Date:** | 12/16/2009 | **Type:** | Judgment |
| **Docketed:** | 02/17/2010 7:41 AM | **Status:** | Active |
| **Orig. Amount:** | $2,625.00 | | |
| **Curr. Principal:** | $172.88 | | |
| **Judicial Officer:** | | | |

---

**SATISFACTIONS**

12/01/2010 | Partial           $2,647.80

http://pa.courts.state.mn.us/JudgmentDetail.aspx?JudgmentSearchID=1610347115&CaseI...   11/1/2017