# Exhibit M

Skip to Main Content  Logout  My Account  Search Menu  New Judgment Search  Refine Search  Back

Location : Hennepin - Case Search    Help

# JUDGMENT
### CASE NO. 27-CV-12-8955

**National Account Services Inc vs Jennifer Ann Olson**

§
§
§
§
§

**Case Type:** Transcript Judgment

**Location:** - Hennepin Civil

## JUDGMENT DETAILS

**Debtor(s)**  Olson, Jennifer Ann
Minneapolis, MN 55418-2903

**Creditor(s)**  National Account Services Inc

| | |
|---|---|
| **Entered Date:** | 03/05/2012 |
| **Docketed:** | 05/03/2012 7:45 AM |
| **Orig. Amount:** | $2,606.03 |
| **Curr. Principal:** | $2,606.03 |
| **Judicial Officer:** | |

**Type:** Judgment
**Status:** Active

## SATISFACTIONS