# Exhibit N

**Fill in this information to identify the case:**

Debtor 1  Glen W Simonds

Debtor 2  Jennifer A Simonds
(Spouse, if filing)

United States Bankruptcy Court for the: District of Minnesota

Case number  18-41224

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Hennepin County Treasurer
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Vicci Lee, Hennepin County Treasurer
Name

A600 Government Center, 300 S 6th St
Number   Street

Minneapolis       MN       55487
City              State    ZIP Code

Contact phone  612-348-2338

Contact email  vicci.lee@hennepin.us

Where should payments to the creditor be sent? (if different)

Name _____

Number   Street _____

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                   MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                            Proof of Claim                                page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __0__ __7__ __0__

7. How much is the claim?   $_____4,198.77_____. Does this amount include interest or other charges?
   ☐ No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Ad Valorem Property Taxes

9. Is all or part of the claim secured?
   ☐ No
   ☑ Yes.   The claim is secured by a lien on property.
   **Nature of property:**
   ☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** Minn.Stat. 272.31
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**                                  $_____165,300.00_____
   **Amount of the claim that is secured:**    $_____4,198.77_____
   **Amount of the claim that is unsecured:** $_____0.00_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**    $_____0.00_____

   **Annual Interest Rate** (when case was filed) __10.00__ %
   ☑ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☑ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

11. Is this claim subject to a right of setoff?
    ☑ No
    ☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/24/2018
                  MM / DD / YYYY

/e/ Vicci Lee
Signature

**Print the name of the person who is completing and signing this claim:**

Name          Vicci A Lee
              First name        Middle name        Last name

Title         Real Estate and Tax Spec III

Company       Hennepin County
              Identify the corporate servicer as the company if the authorized agent is a servicer.

Address       A600 Government Center, 300 S 6th S
              Number        Street
              Minneapolis                    MN         55487
              City                           State      ZIP Code

Contact phone  612-348-2338                  Email      vicci.lee@hennepin.us

[Print]  [Save As...]  [Add Attachment]                 [Reset]

# BANKRUPTCY PROOF OF CLAIM CALCULATION

Prepared by the Hennepin County Resident & Real Estate Services Department
Property Tax Division

| | |
|---|---|
| Bankruptcy Petition of Glen W & Jennifer A Simonds | Court File No. 18-41224 |
| Petition Date: 4/18/2018 | Claim Prepared: 4/24/2018 |
| Property Address: 8117 Aster Dr N | |
| Property Identification No.: 31-119-21-14-0070 | |

### Part 1: Property Taxes Payable As of Petition Date

| | |
|---|---|
| No delinquent property taxes as of April 18, 2018 | $       .00 |
| **SUBTOTAL: Taxes Payable as of Petition Date** | **$       .00** |

*This is the "arrearage and other charges, as of the time case was filed" in the Proof of Claim form.*

### Part 2: Property Taxes Payable After Petition Date, but Secured as of Claim Date

| | | |
|---|---|---|
| 2017/2018 | Property taxes payable October 15, 2018 | $ 1,610.21 |
| 2018/2019 | Estimated property taxes payable in 2019 | $ 2,588.56 |
| **SUBTOTAL: Taxes Payable After Petition Date, but Secured as of Claim Date** | | **$ 4,198.77** |

**TOTAL SECURED CLAIM (Part 1+Part 2)**                                           **$ 4,198.77**

*This is the total secured claim in the Proof of Claim form. This total does not reflect any interest that has, or will, accrue post-petition.*

---

**IMPORTANT NOTES ABOUT THIS PROPERTY TAX CLAIM**

Tax years are represented as **Assessed Year / Payable Year**. For example, 2010/2011 refers to taxes that were assessed in 2010 but not payable to the County until 2011. Payable Year taxes become a lien on the property on January 2 of the Assessment Year. *See* Minn. Stat. §§ 272.31, 273.01.

Payable Year taxes become delinquent if unpaid on January 1 of the following year, and interest starts to accrue at a rate of ten percent. Minn. Stat. § 279.03. Interest may accrue on delinquent property taxes during the automatic stay when property tax liens are over-secured. 11 U.S.C. § 506(b).

Any claim including estimated taxes pursuant to 11 U.S.C. § 502(c)(1) will be amended as soon as the estimated amount is finalized.

Please include language in the Plan stating that the debtor(s) may pay property taxes directly to the County as they become due.