# Exhibit O

# Hennepin County

A-600 Government Center
300 S. Sixth Street
Minneapolis, MN 55487-0060
612-348-3011    www.hennepin.us

## Property tax statement 2018
2017 values for taxes payable in 2018

TAXPAYER(S):

GLENN W SIMONDS
8117 ASTER DR N
BROOKLYN PARK MN 55428-2124

**Owner:** G W SIMONDS & J A OLSON

**Property address:**
8117 ASTER DR N

**Property description:**
LOT 004 BLK 011 ADDITION: GARDEN ACRES 2ND ADDN

Property ID number: 31-119-21 14 0070

### Property taxes statement schedule

**Step 1** Value & classification

| | TAX YEAR PAYABLE | 2017 | 2018 |
|---|---|---|---|
| | CLASS(ES): | HOMESTEAD | HOMESTEAD |
| Estimated Market Value: | | 155,200 | 165,300 |
| Homestead Exclusion: | | 23,272 | 22,363 |
| Other Exclusion/Deferral: | | | |
| New Improvements/ Expired Exclusions: | | 0 | 0 |
| Taxable Market Value: | | 131,928 | 142,937 |

**Step 2** Proposed levies & taxes

2018 Proposed:    2,325.75

**Step 3** Property tax statement

First-half Taxes:    1,610.21
Second-half Taxes:   1,610.21

Total Taxes 2018:    3,220.42

---

**Property tax refund information**

Taxes payable in year:    2017    2018

1. Use this amount on Form M1PR to see if you are eligible for a property tax refund.
   File by August 15. If this box is checked, you owe delinquent taxes and are not eligible.    ☐ Taxes owed    2,311.19

2. Use these amounts on Form M1PR to see if you are eligible for a special refund.    2,253.96

*Don't forget to see if you qualify for a property tax refund!  Go to www.revenue.state.mn.us for Form M1PR.*

**Property Tax and Credits**

| | 2017 | 2018 |
|---|---|---|
| 3. Property tax before credits | 2,253.96 | 2,311.19 |
| 4. A. Agricultural and rural land credits | .00 | .00 |
| B. Other credits | .00 | .00 |
| 5. Property taxes after credits | 2,253.96 | 2,311.19 |

**Property Tax by Jurisdiction**

| | 2017 | 2018 |
|---|---|---|
| 6. A. County | 581.50 | 611.72 |
| B. Regional Rail Authority | 25.39 | 28.03 |
| 7. City or Town | 717.06 | 731.06 |
| 8. State General Tax | .00 | .00 |
| 9. School District: A. Voter approved levies | 468.76 | 483.50 |
| B. Other Local Levies | 310.83 | 312.01 |
| 10. Special Taxing Districts: A. Metropolitan Special Taxing Districts | 37.20 | 38.34 |
| B. Other Special Taxing Districts | 74.98 | 80.35 |
| C. Tax Increment | .00 | .00 |
| D. Fiscal Disparity | .00 | .00 |
| 11. Non-School Voter Approved Referenda Levies | 38.24 | 26.18 |
| 12. Total property tax before fees and Special Assessments | 2,253.96 | 2,311.19 |
| 13. A. Special Assessment Principal and Fees | 312.49 | 868.80 |
| B. Special Assessment Interest | 14.47 | 40.43 |
| **14. YOUR TOTAL PROPERTY TAX AND SPECIAL ASSESSMENTS** | **2,580.92** | **3,220.42** |




Learn about property taxes: *www.hennepin.us/propertytaxes*

**FOR PAYMENT OPTIONS:**

www.hennepin.us/propertytaxpayments
612-348-3011

CURRENT YEAR real estate taxes may be paid in person at:

**Hennepin County Government Center**
Skyway Level
300 6th Street South
Minneapolis, MN 55487-0060

Monday – Friday from 8 a.m. to 4:30 p.m.

**Or at Hennepin County Service Centers:**

**Government Center Service Center**
300 South 6th St, A Level, Suite A025
Minneapolis, MN 55487

Monday – Friday: 7:30 a.m. to 4:30 p.m.

**Brookdale Service Center**
6125 Shingle Creek Parkway
Brooklyn Center, MN 55430

Monday – Friday: 9 a.m. to 6 p.m.
Saturday: 9 a.m. to 2 p.m.

**Maple Grove Service Center**
9325 Upland Lane N
Maple Grove, MN 55369

Monday: 8 a.m. to 7 p.m.
Tuesday – Thursday: 8 a.m. to 5 p.m.
Friday: 8 a.m. to 4 p.m.

**Midtown Exchange Service Center**
2929 Chicago Avenue South - Lower Level,
Greenway, Minneapolis, MN 55407

Monday – Friday: 9 a.m. to 6 p.m.

**North Minneapolis Service Center**
1001 Plymouth Avenue North
Minneapolis, MN 55411

Monday – Friday: 8 a.m. to 4 p.m.

**Ridgedale Service Center**
12601 Ridgedale Drive, Suite 200
Minnetonka, MN 55343

Monday – Friday: 9 a.m. to 6 p.m.
Saturday: 9 a.m. to 2 p.m.

**Southdale Service Center**
1225 Southdale Center
Edina, MN 55435

Monday – Friday: 9 a.m. to 6 p.m.
Saturday: 9 a.m. to 2 p.m.

Receive property tax due date reminders:
www.hennepin.us/propertytaxpayments

---

TAXPAYER NAME OR ADDRESS CHANGE
If the taxpayer name or mailing address has changed, please check this box: ☐
Then complete the change of information on the back of the payment stub.

For payment options:
www.hennepin.us/propertytaxpayments
612-348-3011

Mail payment to:

**Hennepin County Treasurer**
A-600 Government Center
Minneapolis, MN 55487-0060

*Detach and return this stub with your second half payment*

**2  2nd Half Payment Stub                        2018**
To avoid penalty, pay on or before **October 15, 2018**

Taxpayer or Agent                    Munic    MTG. Code
GLENN W SIMONDS                       48       282
8117 ASTER DR N
BROOKLYN PARK MN 55428-2124   Property Address:
                              8117 ASTER DR N

                      HMSTD

Property ID Number                             Second half tax
Records show that taxes are escrowed-call if not escrowed
31-119-21 14 0070                                 1,610.21

311192114007000000000000016102121119311400708

---

TAXPAYER NAME OR ADDRESS CHANGE
If the taxpayer name or mailing address has changed, please check this box: ☐
Then complete the change of information on the back of the payment stub.

For payment options:
www.hennepin.us/propertytaxpayments
612-348-3011

Mail payment to:

**Hennepin County Treasurer**
A-600 Government Center
Minneapolis, MN 55487-0060

*Detach and return this stub with your first half payment*

**1  1st Half Payment Stub                        2018**
To avoid penalty, pay on or before **May 15, 2018**

Taxpayer or Agent                    Munic    MTG. Code
GLENN W SIMONDS                       48       282
8117 ASTER DR N
BROOKLYN PARK MN 55428-2124   Property Address:
                              8117 ASTER DR N

                      HMSTD

Property ID Number      Full Year Tax         First half tax
Records show that taxes are escrowed-call if not escrowed
31-119-21 14 0070           3,220.42              1,610.21



311192114007000032204200016102121119311400706



# Hennepin County, MN

## 2018 Property Tax Statement
### STATE COPY

---

This form has been approved by the Minnesota Department of Revenue for use when filing for the State of Minnesota M-1PR Property Tax Refund. Read information below on eligibility. File by August 15, 2018.

**Taxpayer or Agent**  
GLENN W SIMONDS  
8117 ASTER DR N  
BROOKLYN PARK MN 55428  

**Owner**  G W SIMONDS & J A OLSON  
**Property ID No.**  31-119-21-14-0070  
**Property Address**  8117   ASTER DR N  

---

Use these amounts when filling out Form M-1PR to see if you are eligible for one or both of the refunds available

| | |
|---|---|
| Line 1: | $2,311.19 |
| Line 2: | $2,253.96 |
| Line 5: | $2,311.19 |

☐ If this box is checked you owe delinquent taxes and may not apply for the Property Tax Refund. Call Hennepin County at (612) 348-3011 for amount due.

---

| Taxes Payable 2017 | Property Class | Taxes Payable 2018 |
|---|---|---|
| HOMESTEAD | Property Class | HOMESTEAD |
| 0 | New Improvements | 0 |
| $155,200 | Estimated Market Value | $165,300 |
| $131,928 | Taxable Market Value | $142,937 |

### Property Tax Refund Information

If you owned and occupied this property on January 2, 2018 as your homestead, you may qualify for a property tax refund. In addition, Minnesota homeowners whose property taxes increased by more that 12 percent over last year may be eligible for a special property tax refund. To determine if you are eligible for the Minnesota property tax refund or the special property tax refund, read the Minnesota Income Tax Form M-1PR instructions and fill out Form M-1PR. For additional information, visit Minnesota Department of Revenue web site at http://www.taxes.state.mn.us